# NOTICE OF LIS PENDENS
(O.R.C. 2703.26)

## NOTICE

*FILED*
RICHARD W. NAGEL
CLRK OF COURT

2016 NOV -2 PM 1:05

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

ALL PERSONS HAVING AN INTEREST OF
CLAIMS REGARDING REAL PROPERTY
LOCATED AT:

<u>1362 Haddon Rd.
Columbus, Ohio 43209</u>

<u>Being Lot No. 297 Berwick Heights No. 2</u>

Notice is hereby conveyed, to all interested parties, of the filing of a civil complaint, directly affecting the ownership and title of the above described real property, pending in the Sixth District Federal Court for the Southern District of Ohio.

Case Number  2: 16 CV 0 5 0 8

During the pendency of the action, no interest can be acquired by third persons in the subject property as against the interests of the Plaintiff.

All persons interested in or having a claim regarding the above referenced property are charged with Notice of pending litigation by the provisions of R.C. §2703.26