UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Lawrence Berman,**

    **Plaintiff,**             Case No. 2:16–cv–508

**v.**

                             Judge Michael H. Watson

**Lot Number 297, in Berwick Heights No. 2,** *et al.*,

    **Defendants.**

### ORDER

Final judgment was entered in this action on September 6, 2016. ECF Nos. 25 and 26. Under these circumstances, Plaintiff's amended complaint, ECF No. 27, and notice of lis pendens, ECF No. 28, which were filed on November 2, 2016, are **ORDERED STRICKEN**.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**